UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                    CASE NO.: 08-02581-8-ATS

MATTHEW ADAM KENDZIERSKI
KATHLEEN MARIE KENDZIERSKI                CHAPTER 7

DEBTORS

REPORT OF UNCLAIMED FUNDS UNDER
BANKRUPTCY RULE 3011

Under Bankruptcy Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| 10 | TD Bank, NA<br>Attn Jennifer Zimmerman<br>6000 Atrium Way<br>Mt. Laurel, NJ  08054 | $28.05 |

DATED:  April 26, 2010

/s/ Joseph N. Callaway
Joseph N. Callaway
Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100
(252) 937-2200

Attachment:  1 Check

cc:  Bankruptcy Administrator